# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAY HELEN BROWN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:16-cv-00776-SKO<br><br>**ORDER GRANTING REQUEST TO EXTEND BRIEFING SCHEDULE**<br><br>**(Doc. 14)** |

Before the Court is the parties' Joint Stipulation and Proposed Order Extending Briefing Schedule (the "Request"), in which the parties request an extension of the briefing schedule in this matter. (Doc. 14.) For good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS that Plaintiff may file her opening brief by no later than **May 26, 2017**. The Court further ORDERS that all other briefing deadlines in this case, (*see* Doc. 5), are extended to accord with the extension provided in this Order.

IT IS SO ORDERED.

Dated: **April 24, 2017**                     /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE