PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MELISSA FAY HELEN BROWN, | Case No. 1:16-cv-00776-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | (Doc. 17) |
| Defendant. | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be extended until July 28, 2017. This is Defendant's first request for an extension of time to file her responsive pleading. Defense counsel requires additional time to fully review the administrative record and consider the government's position due to

conflicting due dates.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  June 26, 2017			By:	*/s/ Melissa Newel**
						MELISSA NEWEL
						Attorney for Plaintiff
						(* By e-mail authorization on 06/23/17)


Dated: June 26, 2017			PHILLIP A. TALBERT
						United States Attorney
						DEBORAH LEE STACHEL
						Regional Chief Counsel, Region IX
						Social Security Administration

						By:	*/s/ Donna W. Anderson*
							DONNA W. ANDERSON
							Special Assistant U.S. Attorney
							Attorneys for Defendant


## ORDER

Pursuant to the parties' above-Stipulation for an Extension of Time (Doc. 17), IT IS HEREBY ORDERED that Defendant has until July 28, 2017, to submit her response to Plaintiff's Opening Brief.  All other dates in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **June 28, 2017**				/s/ *Sheila K. Oberto*
						UNITED STATES MAGISTRATE JUDGE